

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellant

v.

**GRACE RIVER RANCH, L.L.C.,**
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russel Wilson, Judge Presiding

# O R D E R

On July 28, 2016, appellants filed a response to appellee's sur-reply. In their response, appellants requested oral argument. After review, we DENY appellant's request for oral argument on its Motion Challenging Supersedeas Ruling.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court